IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert Hale, deceased                           PLAINTIFF

v.                        No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.; EMPIRE
TRANSPORTATION, INC.; and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                                  DEFENDANTS

ORDER

Joint report of discovery dispute noted. Defendants are entitled to the requested medical records because they're almost certain to contain relevant information about Robert Hale's injuries. The privilege has been waived by suit; and the statutory protections are addressed by entry of this order. Last, as defendants say, the collateral source rule has exceptions, plus it governs only admissibility, not discoverability. Plaintiff (or the providers) must provide the records by 23 December 2016. If they come from the providers, defendants must provide plaintiff a copy. Joint report, № 18, addressed.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2016