IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert Hale, deceased                                        PLAINTIFF

v.                              No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.; EMPIRE
TRANSPORTATION, INC.; and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                                                DEFENDANTS

## ORDER

1. Hale's motion to amend her complaint, № 23, is granted as modified. Clean copy of the revised amended complaint, № 31-1, due by 8 March 2017.

2. Defendants' unopposed motion to amend their answers, № 22, is denied as moot. Answer or Rule 12 motion in response to the amended complaint due by 22 March 2017.

3. The unopposed motion for an extension, № 30, is granted. A Second Amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2017