IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased         PLAINTIFF

v.                    No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.; EMPIRE
TRANSPORTATION, INC.; and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                    DEFENDANTS

## ORDER

Joint motion, № 74, granted as modified. (The Court appreciates the draft but prefers to write its own orders.) On agreement of the parties, the Court strikes these parts of the amended complaint, № 33:

- Paragraphs 23, 24 & 25; and
- All references to 49 C.F.R. § 391.41(b)(12)(i).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2017