IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased    PLAINTIFF

v.                No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.; EMPIRE
TRANSPORTATION, INC.; and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased    DEFENDANTS

## ORDER

The Court has started work on the pending motions and stumbled into some jurisdictional fogginess. The amended complaint, № 33, says Winchester's estate is pending in the Circuit Court of Crittenden County, Arkansas (probate division). The pleading is silent about her citizenship. The notice of removal says she was a resident of Texas when she died, but this doesn't establish citizenship. *Reece v. Bank of New York Mellon*, 760 F.3d 771, 777 (8th Cir. 2014). Was Winchester an Arkansawyer? If so, does complete diversity exist? Simultaneous briefs due on 29 September 2017.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

22 September 2017