IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased     PLAINTIFF

v.                    No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.; and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased     DEFENDANTS

## ORDER

For the reasons stated on the record at the 12 June 2018 hearing, the Court made the following rulings on the pending motions in limine.

- № 127 is mostly granted and partly denied.
- № 128 is mostly granted and partly denied. The Court reserves a ruling on the part of № 128 about Marceau's inadequate-warnings opinion. Joint supplement of record materials due by 20 June 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 June 2018