# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased                          PLAINTIFF

v.                         No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC. and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                                     DEFENDANTS

## ORDER

1. Joint status report, № 143, noted and appreciated. This case is first-out for trial on 1 October 2018. The parties have indicated they need more trial days. The request is denied. Counsel know their case intimately, but they've also educated the Court about it through the extensive motion practice. If we all proceed efficiently—with a steady focus on the key facts—this case can be well tried in approximately seven days. For example, please handle the many experts with a tight rein. The Court is confident that the experienced and able lawyers on this docket can accomplish this schedule. The Court allocates Plaintiff twenty hours for direct and cross examination of all witnesses, including any rebuttal, and for all argument. Defendants are likewise entitled to twenty hours for all these things.

**2.** Here's the trial architecture. The Court will handle most of the voir dire. Please submit proposed areas of questioning or draft questions to chambers by 31 August 2018. Twenty-minute openings. We'll start the proof Tuesday morning. The Court also requests a daily five-minute mini-opening from each side: Sketch the ground you will cover with each witness that day. Inform opposing counsel by noon each day who will be called on the following day. Each side will have one hour for a comprehensive closing argument. We'll start at 9:30 a.m. on Monday, October 1st, and 8:30 a.m. thereafter, unless the Court orders otherwise. We'll keep the jury on an approximately six-hour school-day schedule, barring some extraordinary circumstance.

**3.** To keep things moving at trial, the Court directs counsel (or their representatives) to meet in person, review all proposed exhibits, and agree on as many as possible, on a mutually convenient date before September 7th. The parties should also work toward completing a comprehensive stipulation covering all undisputed background facts by that date. The Court will hold a one-hour pretrial on Thursday, 13 September 2018 at 1:30 p.m. in Jonesboro. Be prepared to inform the Court about the stipulation and agreed exhibits at the pretrial. We'll handle any disputed documents then, if practicable.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 July 2018