IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased          PLAINTIFF

v.                     No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.; EMPIRE
TRANSPORTATION, INC.; and J. ANTHONY
BRADLEY, Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                     DEFENDANTS

## ORDER

For the reasons stated on the record during the 29 August 2018 phone conference, pretrial disclosures, trial briefs, and proposed jury instructions are now due on 7 September 2018. Empire must file a preliminary statement on liability by 31 August 2018. The pretrial conference remains set for 13 September 2018. The Scheduling Order, № 90, is amended.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2018