IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased          PLAINTIFF

v.                      No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.;
and J. ANTHONY BRADLEY,
Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                    DEFENDANTS

### ORDER

For the reasons stated at the 13 September 2018 hearing, № 158, Hale may not pursue direct liability claims at trial after Empire's admission of liability, № 149. Amended answer or answers and amended pretrial submissions due 20 September 2018. Second pretrial in Little Rock at 9:30 a.m. on 26 September 2018 in courtroom B-155.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 September 2018