IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased          PLAINTIFF

v.          No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.;
and J. ANTHONY BRADLEY,
Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased          DEFENDANTS

## ORDER

The Court is attaching its working drafts of (1) the *voir dire*; (2) the preliminary instructions; (3) the final instructions; and (4) the verdict forms. The Court will consider objections and suggestions about the *voir dire* and preliminary instructions when we convene at 8:30 Monday morning.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

28 September 2018