IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRAN K. HALE, Individually and
as Administrator and Personal Representative
of the Estate of Robert W. Hale, deceased                    PLAINTIFF

v.                  No. 3:16-cv-120-DPM

EMPIRE EXPRESS, INC.;
EMPIRE TRANSPORTATION, INC.;
and J. ANTHONY BRADLEY,
Administrator and Personal
Representative of the Estate of
Iketha D. Winchester, deceased                              DEFENDANTS

## JUDGMENT

All of Hale's claims, individually and as personal representative of Robert Hale's estate, against all parties are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2018